# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR PAZ NEGRETE,<br><br>       Petitioner,<br><br>  v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>       Respondent. | Case No. SACV 16-0112 GW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: 11/22/2017

                                        GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE