**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR PAZ, aka, CESAR PAZ-NEGRETE,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>Respondents;<br><br>AND<br><br>CESAR PAZ, aka, CESAR PAZ-NEGRETE,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case Nos. SACV 16-0003 GW (SS)<br>SACV 16-0112 GW (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE, SACV 16-0112 GW (SS)**<br><br>**(§ 2241 PETITION)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition in Case No. SACV 16-0112 GW (SS), all the records and files herein, and the Report and Recommendation of the United

States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and counsel for Respondents.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 31, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE